**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 11-cr-00160-WJM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BENNY WATTS,

    Defendant.

---

### ORDER TO DISCLOSE GRAND JURY TRANSCRIPT TO DEFENDANT

---

This matter is before the Court on the Plaintiff's Motion to Disclose Grand Jury Transcript To Defendant (ECF No. 19), pursuant to Fed. R. Crim. P. 6(e)(3)(E)(i). The Court having reviewed the motion and being fully advised hereby ORDERS as follows:

The government's motion is GRANTED. The grand jury transcript may be disclosed to Defendant and his attorney in the course of discovery in this case. It is

FURTHER ORDERED that such disclosure of the transcript shall only be used in defending this case; the transcript is only to be disclosed to Defendant Watts and his attorney; that the defense attorney shall maintain custody of the transcript, and shall not reproduce or disseminate the same; and that the transcript shall be returned to the United States at the end of the case.

Dated this 5th day of May, 2011.

BY THE COURT:

_____
William J. Martinez
United States District Judge