**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

**Criminal No. 11-CR-00160-WJM**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. BENNY WATTS,**

**Defendant.**

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

Defendant's Motion to Revoke Detention Order and Set Conditions of Release [Doc. #38] was referred to the Magistrate Judge on August 29, 2011, therefore:

**IT IS HEREBY ORDERED** that a hearing on Defendant's Motion to Revoke Detention Order and Set Conditions of Release [Doc. #38] is scheduled before the Magistrate Judge in Durango, Colorado on September 20, 2011 at 3:00 p.m.

**DATED: September 13, 2011.**

BY THE COURT:

s/David L. West
**United States Magistrate Judge**